FILED
JUN 26 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WALTER BROWNING, INDIVIDUALLY | § § § | CIVIL ACTION NO. W06CA181 |
| VS. | § § § | |
| COLONIAL FREIGHT SYSTEMS, INC. AND JULIE RENEE COLLINS, INDIVIDUALLY | § § § § | (JURY DEMANDED) |

### PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Walter Browning, Individually Plaintiff herein, complaining of Colon, Defendants herein, and for her cause of action, would show the Court as follows:

### I. JURISDICTION AND VENUE

1. Venue is proper in the United States District Court for the Western District of Texas pursuant to 28 U.S.C. §1391 (a)(1), (c) in that venue is proper where "any defendant resides" and further that a defendant is "deemed to reside in any judicial district in which it is subject to personal jurisdiction at the time the cause of action is commenced." Venue is also proper in this court in that all or a substantial part of the events or omissions giving rise to the claim occurred in the Western District of Texas. 28 U.S.C. §1391 (a)(2).

2. Venue is proper in the United States District Court for the Western District of Texas pursuant to 28 U.S.C. 1391(a)(1) and U.S.C. §1391(a)(2).

## II. PARTIES TO THE COMPLAINT

### PLAINTIFF

3. Walter Baker Browning resides in Forth Worth, Texas and brings suit herein in his individual capacity.

### DEFENDANTS

4. Defendant, Colonial Freight Systems, Inc. is a foreign corporation incorporated in the State of Tennessee, having its principal place of business in Tennessee, doing business in the Western District of Texas, and may be served with process by serving it at its principal place of business located at 10924 McBride Lane, Knoxville, Tennessee 37977.

5. Defendant Julie Renee Collins is an individual who may be served with service of process by serving her at her residence 143 Manor Way #G, Louisville, Tennessee 37777.

## III. BACKGROUND FACTS RELATING TO THE COLLISION MADE THE BASIS OF THIS COMPLAINT

6. On or about March 1, 2006, Walter Browning was driving a borrowed 2003 Honda Shadow motorcycle southbound on IH 35 in Waco, Texas. Suddenly and without warning a 2006 Volvo tractor-trailer being driven by Julie Renee Collins swerved into the lane where Mr. Browning was traveling, crashing violently into his motorcycle and causing him to lose control of his motorcycle, fall and subsequently be crushed by the tractor-trailer.

7. As a result of the accident Mr. Browning sustained severe injuries, which caused him conscious physical pain and suffering. As a result of the foregoing events, Plaintiff has suffered damages far in excess of the seventy-five thousand dollars ($75,000.00)

minimum jurisdictional limits of the Federal Courts, which money damages are exclusive of interests and costs.

### IV. RESPONDEAT SUPERIOR LIABILITY

8.  At the time of the incident in question, Defendant, Julie Renee Collins was an employee of Colonial Freight Systems, Inc. and was acting within the course and scope of her employment for this company. Therefore, pursuant to the doctrine of Respondeat Superior, Colonial Freight Systems, Inc. is responsible for the negligence and gross neglect of Defendant, Julie Renee Collins.

### V. NEGLIGENCE OF DEFENDANT, JULIE RENEE COLLINS

9.  On the occasion in question, Defendant, Julie Renee Collins committed acts of omission and commission which collectively and severally, constituted negligence. Such negligence was a proximate cause of the occurrence in question, the severe injuries and conscious physical pain and suffering of Walter Browning, and the resulting damages for which Defendants are legally responsible.

### VI. COLONIAL FREIGHT SYSTEMS, INC.'S NEGLIGENCE

10. Defendant, Colonial Freight Systems, Inc. committed acts of omission and commission, which collectively and severally constituted negligence. Such negligence was a proximate cause of the occurrence in question, the severe injuries, conscious pain and suffering of Walter Browning, and the resulting damages for which Defendant Colonial Freight Systems, Inc. is legally responsible.

### VII. DAMAGES OF PLAINTIFF

11. Defendant Colonial Freight Systems, Inc. and Defendant Julie Renee Collins were each negligent with regard to the safety and welfare of Plaintiff, and such negligence

was a proximate cause of Plaintiff's injuries and damages. Accordingly, Plaintiff seeks damages for:

    a. Physical pain and mental anguish in the past and future;

    b. Physical impairment in the past and future;

    c. Disfigurement;

    d. Medical expenses in the past and future;

    e. Lost wages; and

    f. Loss of earning capacity.

The damages sought herein are in excess of the minimum jurisdictional limit of this Court.

## IX. PRE-JUDGMENT AND POST-JUDGMENT INTEREST

13. Plaintiffs seek prejudgment and post judgment interest as allowed by law.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that Defendants, Colonial Freight Systems, Inc. and Julie Renee Collins be cited to appear and answer herein, that this cause be set down for trial before a jury, and that Plaintiffs have and recover judgment of and from Defendants for actual and exemplary damages in such amount as the evidence may show and the jury may determine to be proper, together with prejudgment interest, post judgment interest, costs of suit, and such other and further relief to which they may show themselves to be justly entitled.

Respectfully submitted,

SICO, WHITE & BRAUGH, L.L.P.
Brantley W. White
900 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas 78470
Phone: (361) 653-3300
Fax:   (361) 653-3333

By: _____
BRANTLEY W. WHITE
ATTORNEY IN CHARGE
State Bar No. 00789722
Federal Id. No. 22400
ATTORNEYS FOR PLAINTIFF

**JS 44** (Rev. 11/04)

# CIVIL COVER SHEET

**W06CA181**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Walter Browning, Individually

**DEFENDANTS**
Colonial Freight Systems, Inc. & Julie R. Collins

(b) County of Residence of First Listed Plaintiff: **Tarrant**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **State of Tennessee**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Brantley W. White (361) 653-3300
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78478

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☑ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | |
| | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | | | |
| | ☐ 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
personal injury

Brief description of cause: Personal injury

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE 6/22/06

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # 399675  AMOUNT $350.00  APPLYING IFP ___  JUDGE ___  MAG. JUDGE ___

ORIGINAL    399675

AO82
(Rev. 4/90)

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
**WESTERN DISTRICT OF TEXAS**
at _Waco, TX_

RECEIVED FROM _Sico, White & Braugh LLP_
_802 N. Carancahua St. #900_
_Corpus Christi, TX 78470_

| Fund | | ACCOUNT | AMOUNT |
|---|---|---|---|
| 6855XX | Deposit Funds | 510000 | 190.00 |
| 604700 | Registry Funds | 086900 | 60.00 |
| | General and Special Funds | 086400 | 100.00 |
| 508800 | Immigration Fees | | |
| 085000 | Attorney Admission Fees | | |
| 086900 | Filing Fees | TOTAL | 350.00 |
| 322340 | Sale of Publications | | |
| 322350 | Copy Fees | | |
| 322360 | Miscellaneous Fees | | |
| 143500 | Interest | | |
| 322380 | Recoveries of Court Costs | | |
| 322386 | Restitution to U.S. Government | | |
| 121000 | Conscience Fund | | |
| 129900 | Gifts | | |
| 504100 | Crime Victims Fund | | |
| 613300 | Unclaimed Monies | | |
| 510000 | Civil Filing Fee (½) | | |
| 510100 | Registry Fee | | |

Case Number or Other Reference
_W-06-CA-181_

_Civil Filing Fee_

_Walter Browning_
_vs._
_Colonial Freight Systems_
_Inc_

$ Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.  _03181_

| DATE | Cash | Check | M.O. | Credit | DEPUTY CLERK: |
|---|---|---|---|---|---|
| 6-26 2006 | | X | | | |